GARY M. RESTAINO
United States Attorney
District of Arizona
BRANDON BOLLING
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: brandon.bolling@usdoj.gov
Attorneys for Plaintiff

FILED
2024 MAY 15 PM 6:09
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR24-02717 TUC-RM(EJM) |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| vs. | Violations:<br>18 U.S.C. § 924(a)(1)(A)<br>(Making a False Statement in Connection With Acquisition of Firearms)<br>Counts 1-52 |
| Richard Lee Thomas, | |
| Defendant. | 18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D)<br>(Engaging in the Business of Dealing Firearms without a License)<br>Count 53 |

**THE GRAND JURY CHARGES:**

**COUNTS 1-52**

On or about the dates listed below, in the District of Arizona, the Defendant RICHARD LEE THOMAS, in connection with the acquisition of firearms, knowingly made false statements and representations to the businesses listed below, each of which was a Federal Firearms Licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business listed below, in

that Defendant stated in writing that his address was on West Limequat Place, Tucson, Arizona, whereas in truth and fact, Defendant's address was on West San Pedro, San Manuel, Arizona;

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 1 | 4/29/2023 | Quick Trip Pawn | Keltec, PMR-30, .22 caliber, Pistol |
| 2 | 4/13/2023 | Murphy's Gun Shop | Glock, 48, 9mm caliber, Pistol |
| 3 | 3/30/2023 | 1st Line of Defense | BRG-BURGU metal, BRG9 Elite, 9mm caliber, Pistol |
| 4 | 3/30/2023 | 1st Line of Defense | Glock, 22 Gen 4, .40 caliber, Pistol |
| 5 | 3/22/2023 | 1st Line of Defense | Armscor/Rock Island Armory, M1911A1, 9mm, Pistol |
| 6 | 3/9/2023 | Murphy's Gun Shop | Colt, Huntsman, 22LR caliber, Pistol |
| 7 | 2/24/2023 | Red Training Solutions | Unbrandedar LLC, unknown model, multi caliber, Rifle |
| 8 | 2/24/2023 | Red Training Solutions | Unbrandedar LLC, unknown model, multi caliber, Rifle, |
| 9 | 2/24/2023 | Red Training Solutions | Unbrandedar LLC, unknown model, multi caliber, Rifle |
| 10 | 2/18/2023 | Diamondback Shooting Sports | Marlin, 336-RC, 30-30, Rifle |
| 11 | 1/17/2023 | Murphy's Gun Shop | Bersa RSA, Thunder, .380 ACP, Pistol |
| 12 | 12/24/2022 | Murphy's Gun Shop | Smith &Wesson, M&P 380 Shield EZ, .380ACP, Pistol |
| 13 | 11/29/2022 | Murphy's Gun Shop | Carl Gustav, 1896, 6.5x55, Rifle |
| 14 | 10/22/2022 | Murphy's Gun Shop | BTC/Norinco, SKS, 7.62x39, Rifle |

*United States of America v. Richard Lee Thomas*
*Indictment Page 2 of 7*

| 15 | 5/5/2022 | Catalina Pawn | PSA, PA-15, Multi caliber, Receiver |
|---|---|---|---|
| 16 | 4/19/2022 | Catalina Pawn | Palmetto State Armory, PA-15, multi caliber, Receiver |
| 17 | 2/25/2022 | Catalina Pawn | Bersa/RSA, Thunder 380, .380 ACP, Pistol |
| 18 | 2/16/2022 | Murphy's Gun Shop | Ruger, LCP, .380 caliber, Pistol |
| 19 | 1/3/2022 | Quick Trip Pawn | Palmetto State Armory, KS-4762, 7.62x39, Pistol |
| 20 | 12/8/2021 | Catalina Pawn | Bear Creek Arsenal, BCA15, 5.56 nato caliber, Pistol |
| 21 | 12/8/2021 | Murphy's Gun Shop | Winchester, Ranger, 30-30, Rifle |
| 22 | 12/8/2021 | Murphy's Gun Shop | H&R Inc, 904, .22 LR, Revolver |
| 23 | 11/29/2021 | Murphy's Gun Shop | Taurus, Circuit Judge, 45 caliber, Rifle/Shotgun |
| 24 | 11/20/2021 | Catalina Pawn | Ruger, EC9S, 9x19 caliber, Pistol |
| 25 | 11/16/2021 | 1st Line of Defense | Anderson Manufacturing, AM-15, multi caliber, Receiver |
| 26 | 11/11/2021 | Quick Trip Pawn | Rock Island Armory, M1911A 380, .380, Pistol |
| 27 | 11/11/2021 | Murphy's Gun Shop | Walther, P-22, .22 LR, Pistol |
| 28 | 11/5/2021 | Quick Trip Pawn | Walther, PPK15, .22LR, Pistol |
| 29 | 11/5/2021 | Murphy's Gun Shop | Ruger, LCP II, .380 ACP, Pistol |
| 30 | 10/30/2021 | Murphy's Gun Shop | Winchester, 94, 30-30, Rifle |
| 31 | 10/21/2021 | 1st Line of Defense | Ruger, LCP, .380 caliber, Pistol |
| 32 | 10/8/2021 | Murphy's Gun Shop | Winchester, Ranger, 30-30, Rifle |

| | | | |
|---|---|---|---|
| 33 | 9/27/2021 | 1st Line of Defense | Taurus, 856, .38 special caliber, Revolver |
| 34 | 8/28/2021 | Murphy's Gun Shop | Browning, Buckmark, .22LR, Pistol |
| 35 | 8/28/2021 | Murphy's Gun Shop | Ruger, American, 22-250 caliber, Rifle |
| 36 | 8/26/2021 | Catalina Pawn | SCCY, CPX-1, 9mm caliber, pistol |
| 37 | 8/26/2021 | 1st Line of Defense | Keltec, KS7, 12-gauge, Shotgun |
| 38 | 8/19/2021 | 1st Line of Defense | Taurus, 860, .38 special caliber, Revolver |
| 39 | 8/12/2021 | 1st Line of Defense | Mossberg, Maverick 88 Security, 12-gauge, Shotgun |
| 40 | 8/5/2021 | Murphy's Gun Shop | Savage, 29, .22 LR, Rifle |
| 41 | 8/5/2021 | 1st Line of Defense | Palmetto State Armory, PA-15, multi caliber, Receiver |
| 42 | 7/30/2021 | 1st Line of Defense | Ruger, EC9S, 9mm caliber, Pistol |
| 43 | 7/23/2021 | 1st Line of Defense | Extar, EP9, 9mm caliber, Pistol |
| 44 | 7/15/2021 | 1st Line of Defense | Palmetto State Armory, PA-15, 5.56 nato caliber, Pistol |
| 45 | 7/10/2021 | 1st Line of Defense | Extar, EP9, 9mm caliber, Pistol |
| 46 | 2/11/2021 | 1st Line of Defense | Nova Modul Chiappa Firearms, PAK-9, 9mm, Pistol |
| 47 | 12/12/2020 | 1st Line of Defense | ATI, Omni Hybrid Max, 5.56 caliber, Pistol |
| 48 | 10/15/2020 | 1st Line of Defense | ATI, Omni Hybrid Max, 5.56 caliber, Pistol |
| 49 | 9/28/2020 | 1st Line of Defense | ATI, Omni Hybrid Max X, 5.56 caliber, Pistol |
| 50 | 6/30/2020 | 1st Line of Defense | ATI, OMNI, 300 ACC blackout caliber, Pistol |

| | | | |
|---|---|---|---|
| 51 | 6/20/2020 | 1st Line of Defense | Riley Defense Inc, RAK47 Classic, 7.62x39 caliber, Rifle |
| 52 | 5/9/2020 | 1st Line of Defense | EEA, MC1911SC, .45 ACP caliber, Pistol |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 53

Between on or about May 9, 2020, and on or about April 29, 2023, in the District of Arizona, Defendant RICHARD LEE THOMAS, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms;

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

## FORFEITURE ALLEGATION

Upon conviction of Counts 1 through 53 of the Superseding Indictment, the defendant, RICHARD LEE THOMAS, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to:

| # | Firearms | Serial Number |
|---|---|---|
| 1 | Keltec, PMR-30, .22 caliber, Pistol | WY4C76 |
| 2 | Glock, 48, 9mm caliber, Pistol | BYRW681 |
| 3 | BRG-BURGU metal, BRG9 Elite, 9mm caliber, Pistol | TG019-22C11806 |
| 4 | Glock, 22 Gen 4, .40 caliber, Pistol | TUV390 |
| 5 | Armscor/Rock Island Armory, M1911A1, 9mm, Pistol | RIA2641098 |
| 6 | Colt, Huntsman, 22LR caliber, Pistol | 1038633-S |
| 7 | Unbrandedar LLC, unknown model, multi caliber, Rifle | UT-07676 |
| 8 | Unbrandedar LLC, unknown model, multi caliber, Rifle | UT-07695 |
| 9 | Unbrandedar LLC, unknown model, multi caliber, Rifle | UT-07700 |
| 10 | Marlin, 336-RC, 30-30, Rifle | 21115985 |
| 11 | Bersa RSA, Thunder, .380 ACP, Pistol | H79856 |
| 12 | Smith &Wesson, M&P 380 Shield EZ, .380ACP, Pistol | RDM4477 |

*United States of America v. Richard Lee Thomas*
*Indictment Page 5 of 7*

| 13 | Carl Gustav, 1896, 6.5x55, Rifle | 58671 |
|---|---|---|
| 14 | BTC/Norinco, SKS, 7.62x39, Rifle | 65087 |
| 15 | PSA, PA-15, Multi caliber, Receiver | SCB944626 |
| 16 | Palmetto State Armory, PA-15, multi caliber, Receiver | SCD448144 |
| 17 | Bersa/RSA, Thunder 380, .380 ACP, Pistol | J67758 |
| 18 | Ruger, LCP, .380 caliber, Pistol | 379009117 |
| 19 | Palmetto State Armory, KS-4762, 7.62x39, Pistol | KSG2016325 |
| 20 | Bear Creek Arsenal, BCA15, 5.56 nato caliber, Pistol | 47053 |
| 21 | Winchester, Ranger, 30-30, Rifle | 6079706 |
| 22 | H&R Inc, 904, .22 LR, Revolver | AY096261 |
| 23 | Taurus, Circuit Judge, .45 caliber, Rifle/shotgun | LYS580 |
| 24 | Ruger, EC9S, 9x19 caliber, Pistol | 459-78603 |
| 25 | Anderson Manufacturing, AM-15, multi caliber, Receiver | 21139694 |
| 26 | Rock Island Armory, M1911A 380, .380, Pistol | RIA2343200 |
| 27 | Walther, P-22, .22 LR, Pistol | WA348150 |
| 28 | Walther, PPK15, .22LR, Pistol | WF062657 |
| 29 | Ruger, LCP II, .380 ACP, Pistol | 380248318 |
| 30 | Winchester, 94, 30-30, Rifle | TR26914 |
| 31 | Ruger, LCP, .380 caliber, Pistol | 372008574 |
| 32 | Winchester, Ranger, 30-30, Rifle | 3844435 |
| 33 | Taurus, 856, .38 special caliber, Revolver | ACH118097 |
| 34 | Browning, Buckmark, .22LR, Pistol | 655 PN 25589 |
| 35 | Ruger, American, 22-250 caliber, Rifle | 694-87737 |
| 36 | SCCY, CPX-1, 9mm caliber, Pistol | C156915 |
| 37 | Keltec, KS7, 12-gauge, Shotgun | QBR30 |
| 38 | Taurus, 860, .38 special caliber, Revolver | ACH137472 |
| 39 | Mossberg, Maverick 88 Security, 12 gauge, Shotgun | MV0628390 |
| 40 | Savage, 29, .22 LR caliber, Rifle | 4092 |
| 41 | Palmetto State Armory, PA-15, multi caliber, Receiver | SCB100520 |
| 42 | Ruger, EC9S, 9mm caliber, Pistol | 459-47334 |
| 43 | Extar, EP9, 9mm caliber, Pistol | P18106 |
| 44 | Palmetto State Armory, PA-15, 5.56 nato caliber, Pistol | SCD965451 |
| 45 | Extar, EP9, 9mm caliber, Pistol | P17649 |
| 46 | Nova Modul Chiappa Firearms, PAK-9, 9mm, Pistol | RON2024388 |

| 47 | ATI, Omni Hybrid Max, 5.56 caliber, Pistol | NS266723 |
| 48 | ATI, Omni Hybrid Max, 5.56 caliber, Pistol | 266219 |
| 49 | ATI, Omni Hybrid Max X, 5.56 caliber, Pistol | NS266511 |
| 50 | ATI, OMNI, 300 ACC blackout caliber, Pistol | NS259339 |
| 51 | Riley Defense Inc, RAK47 Classic, 7.62x39 caliber, Rifle | B16685 |
| 52 | EEA, MC1911SC, .45 ACP caliber, Pistol | T6368-20BF00177 |

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Dated: May 15, 2024

REDACTED FOR PUBLIC DISCLOSURE

GARY M. RESTAINO
United States Attorney
District of Arizona

/S/

BRANDON BOLLING
Assistant U.S. Attorney

*United States of America v. Richard Lee Thomas*
Indictment Page 7 of 7