TIMOTHY COURCHAINE
United States Attorney
District of Arizona
RUI WANG
CHRISTINE A. MELTON
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
rui.wang@usdoj.gov
christine.melton@usdoj.gov
Attorneys for Plaintiff

☒ FILED   ☐ LODGED
**Aug 25 2025**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Richard Lee Thomas,<br><br>Defendant. | CR 24-02717-TUC-RM (EJM)<br><br>I N F O R M A T I O N<br><br>Violation: 18 U.S.C. § 4<br><br>(Misprision of a Felony)<br><br>(Felony) |

THE UNITED STATES ATTORNEY'S OFFICE ALLEGES:

On or about April 29, 2023, at or near Tucson, in the District of Arizona, the defendant, Richard Lee Thomas, having knowledge of the actual commission of a felony cognizable by a court of the United States, concealed and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States; in violation of Title 18, United States Code, Section 4.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

8/25/25
Date

Rui Wang
Christine A. Melton
Assistant U.S. Attorneys