☒ FILED  ☐ LODGED
**Aug 25 2025**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 24-02717-TUC-RM (EJM) |
|---|---|
| Plaintiff, | **PRELIMINARY ORDER OF FORFEITURE** |
| v. | **(Forfeiture Judgment $17,901.84)** |
| Richard Lee Thomas, | |
| Defendant. | |

Based upon the defendant having pled guilty and having made an admission to facts in support of the plea, and the Court having considered those facts; and

WHEREAS, the following firearms (hereinafter "Seized Firearms"):

| # | Firearms | Serial Number |
|---|---|---|
| 1 | H&R Inc, 904, .22 LR, Revolver | AY096261 |
| 2 | Unbrandedar LLC, unknown model, multi caliber, Rifle | UT-07676 |
| 3 | Unbrandedar LLC, unknown model, multi caliber, Rifle | UT-07695 |
| 4 | Unbrandedar LLC, unknown model, multi caliber, Rifle | UT-07700 |
| 5 | BRG-BURGU metal, BRG9 Elite, 9mm caliber, Pistol | TG019-22C11806 |
| 6 | Keltec, PMR-30, .22 caliber, Pistol | WY4C76 |

and the firearms transferred or sold to, or deposited with, a third party, or placed beyond the jurisdiction of the court (hereinafter "Firearms Not Seized"):

| # | Firearms | Serial Number | Value |
|---|---|---|---|
| 1 | Glock, 48, 9mm caliber, Pistol | BYRW681 | $399.99 |
| 2 | Glock, 22 Gen 4, .40 caliber, Pistol | TUV390 | $500.00 |
| 3 | Armscor/Rock Island Armory, M1911A1, 9mm, Pistol | RIA2641098 | $300.00 |

| | | | |
|---|---|---|---|
| 4 | Colt, Huntsman, 22LR caliber, Pistol | 1038633-S | $339.99 |
| 5 | Marlin, 336-RC, 30-30, Rifle | AC41440 | $1,300.00 |
| 6 | Bersa RSA, Thunder, .380 ACP, Pistol | H79856 | $229.99 |
| 7 | Smith &Wesson, M&P 380 Shield EZ, .380ACP, Pistol | RDM4477 | $339.99 |
| 8 | Carl Gustav, 1896, 6.5x55, Rifle | 58671 | $399.99 |
| 9 | BTC/Norinco, SKS, 7.62x39, Rifle | 65087 | $399.99 |
| 10 | PSA, PA-15, Multi caliber, Receiver | SCB944626 | $50.00 |
| 11 | Palmetto State Armory, PA-15, multi caliber, Receiver | SCD448144 | $50.00 |
| 12 | Bersa/RSA, Thunder 380, .380 ACP, Pistol | J67758 | $300.00 |
| 13 | Ruger, LCP, .380 caliber, Pistol | 379009117 | $199.99 |
| 14 | Palmetto State Armory, KS-4762, 7.62x39, Pistol | KSG2016325 | $650.00 |
| 15 | Bear Creek Arsenal, BCA15, 5.56 nato caliber, Pistol | 47053 | $450.00 |
| 16 | Winchester, Ranger, 30-30, Rifle | 6079706 | $599.99 |
| 17 | Taurus, Circuit Judge, .45 caliber, Rifle/shotgun | LYS580 | $499.99 |
| 18 | Ruger, EC9S, 9x19 caliber, Pistol | 459-78603 | $280.00 |
| 19 | Anderson Manufacturing, AM-15, multi caliber, Receiver | 21139694 | $80.00 |
| 20 | Rock Island Armory, M1911A 380, .380, Pistol | RIA2343200 | $309.00 |
| 21 | Walther, P-22, .22 LR, Pistol | WA348150 | $329.99 |
| 22 | Walther, PPK15, .22LR, Pistol | WF062657 | $357.00 |
| 23 | Ruger, LCP II, .380 ACP, Pistol | 380248318 | $264.99 |
| 24 | Winchester, 94, 30-30, Rifle | TR26914 | $639.99 |
| 25 | Ruger, LCP, .380 caliber, Pistol | 372008574 | $200.00 |
| 26 | Winchester, Ranger, 30-30, Rifle | 3844435 | $499.99 |
| 27 | Taurus, 856, .38 special caliber, Revolver | ACH118097 | $360.00 |
| 28 | Browning, Buckmark, .22LR, Pistol | 655 PN 25589 | $299.99 |
| 29 | Ruger, American, 22-250 caliber, Rifle | 694-87737 | $379.99 |
| 30 | SCCY, CPX-1, 9mm caliber, Pistol | C156915 | $250.00 |
| 31 | Keltec, KS7, 12-gauge, Shotgun | QBR30 | $580.00 |
| 32 | Taurus, 860, .38 special caliber, Revolver | ACH137472 | $295.00 |

...

| | | Serial | Value |
|---|---|---|---|
| 33 | Mossberg, Maverick 88 Security, 12 gauge, Shotgun | MV0628390 | $250.00 |
| 34 | Savage, 29, .22 LR caliber, Rifle | 4092 | $199.99 |
| 35 | Palmetto State Armory, PA-15, multi caliber, Receiver | SCB100520 | $50.00 |
| 36 | Ruger, EC9S, 9mm caliber, Pistol | 459-47334 | $280.00 |
| 37 | Extar, EP9, 9mm caliber, Pistol | P18106 | $450.00 |
| 38 | Palmetto State Armory, PA-15, 5.56 NATO caliber, Pistol | SCD096545[1] | $500.00 |
| 39 | Extar, EP9, 9mm caliber, Pistol | P17649 | $450.00 |
| 40 | Nova Modul Chiappa Firearms, PAK-9, 9mm, Pistol | RON2024388 | $500.00 |
| 41 | ATI, Omni Hybrid Max, 5.56 caliber, Pistol | NS266723 | $400.00 |
| 42 | ATI, Omni Hybrid Max, 5.56 caliber, Pistol | 266219 | $400.00 |
| 43 | ATI, Omni Hybrid Max X, 5.56 caliber, Pistol | NS266511 | $400.00 |
| 44 | ATI, OMNI, 300 ACC blackout caliber, Pistol | NS259339 | $433.00 |
| 45 | Riley Defense Inc, RAK47 Classic, 7.62x39 caliber, Rifle | B16685 | $789.00 |
| 46 | EEA, MC1911SC, .45 ACP caliber, Pistol | T6368-20BF00177 | $664.00 |
| | | TOTAL | $17,901.84 |

represents firearms involved in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D), the offenses for which the defendant pled guilty, and are therefore forfeitable pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), and

WHEREAS, based upon the defendant's plea of guilty, the Court finds that the defendant had an interest in the Seized Firearms and the Firearms Not Seized, and that the government has established the requisite nexus between the property and the offenses; and

WHEREAS, based upon defendant's admission of disposing of the Firearms Not Seized, the Court finds that the government has satisfied the requirements of Title 21, United States Code, Section 853(p)(1)(B), that the Firearms Not Seized have been

---

[1] Indictment list incorrect serial number (SCD965451).

*United States of America v. Richard Lee Thomas*
*Preliminary Order of Forfeiture Page 3 of 6*

transferred, sold to, or deposited with a third party, or placed beyond the jurisdiction of the court and therefore are no longer available for forfeiture; and

WHEREAS, the government has represented the value of the Firearms Not Seized for which the defendant is liable to be $17,901.84 in U.S. currency, it is therefore,

ORDERED, ADJUDGED and DECREED that pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the defendant shall forfeit to the United States of America the Seized Firearms, which constitute property involved in the commission of the offenses for which the defendant pled guilty.

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure the United States shall publish notice of this order. Notice shall be published for at least 30 consecutive days on an official internet government forfeiture site (www.forfeiture.gov). The notice shall describe the forfeited property, state the times under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition.

The petition shall be for a hearing to adjudicate the validity of his/her alleged interest in the forfeited property. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property, and any additional facts supporting the petitioner's claim and the relief sought, pursuant to Title 21, United States Code, Section 853(n). The petition must be filed with the Clerk of the Court, United States District Court for the District of Arizona, 405 West Congress Street, Suite 1500, Tucson, Arizona 85701-5010, and a copy served upon Assistant United States Attorney Sarah B. Houston, 405 West Congress Street, Suite 4800, Tucson, Arizona 85701-5040.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Preliminary Order of Forfeiture as a substitute for published notice as to those persons so notified; and

1  IT IS FURTHER ORDERED that after the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

IT IS FURTHER ORDERED that following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

IT IS FUTHER ORDERED that pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), the United States may seek, as a substitute asset, forfeiture of any of the defendant's property up to the value of the Firearms Not Seized at the time of the offense, that is $17,901.84 in United States currency.

IT IS FURTHER ORDERED pursuant to Fed. R. Crim. P. 32.2(e)(1) that upon the discovery or seizure of any other property of the defendant that may satisfy all or part of the above-listed value, the United States shall motion this Court to amend this Order to include that property.

IT IS FURTHER ORDERED that upon seizure of any property of the defendant to satisfy all or part of the above-listed value, the United States shall, to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the seized property and shall publish notice of this as required by law.

IT IS FURTHER ORDERED that any payments to satisfy the $17,901.84 in U.S. currency be mailed to U.S. Marshals Service, Sandra O'Connor Courthouse, 401 West Washington Street, SPC-64, #270, Attention Asset Forfeiture, Phoenix, Arizona 85003-2159. The check must include the defendant's name and reference case number "CR-24-02717-TUC-RM-EJM."

IT IS FURTHER ORDERED that the United States alone shall hold clear title to the monies paid by the defendant and monies seized from the defendant to satisfy this Order following the Court's entry of the judgment of conviction.

IT IS FURTHER ORDERED that pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS FURTHER ORDERED that the Clerk is hereby directed to send copies of this Order to defendant's counsel of record.

Dated this 25th day of August, 2025.

ERIC J. MARKOVICH
United States Magistrate Judge